UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NATHAN W. LYON**, <br><br>                    Plaintiff, <br><br> v. <br><br> **FIRST CHOICE LOAN SERVICES, INC.**, **et al.**, <br><br>                    Defendants. | CIVIL ACTION <br><br> NO. 3:15-cv-04732-AET-TJB |

REQUEST BY LOCAL COUNSEL FOR
PRO HAC VICE ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 25, 2005, the Admission Fee, in the amount of $150, pursuant to L. CIV. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: July 21, 2015                            /s/ *William H. Pillsbury*
                                                WILLIAM H. PILLSBURY

PRO HAC VICE ATTORNEY INFORMATION

Name:       Darren H. Weiss, Esquire

Address:    OFFIT KURMAN, P.A.
            300 E. Lombard Street
            Suite 2010
            Baltimore, Maryland 21202

e-mail:     dweiss@offitkurman.com